# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: JESS, PAUL CLAYTON (deceased) § Case No. 94-11500
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that __Jeffry Locke__, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  99 South "E" Street
  Santa Rosa, CA 95404

Date Mailed: __05/06/2016__    By: __/s/Jeffry Locke__
                                                                                   Trustee

Jeffry Locke
530 Alameda Del Prado, #178
Novato, CA 94949
(415) 413-4401
JLTustee@aol.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: JESS, PAUL CLAYTON (deceased) § Case No. 94-11500
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 40,001.99 |
| *and approved disbursements of* | $ 38,673.54 |
| *leaving a balance on hand of* [1] | $ 1,328.45 |
| **Balance on hand:** | **$ 1,328.45** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| JD | Jim Dyer | 308.00 | 308.00 | 308.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,328.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JEFFRY G. LOCKE | 1,283.28 | 1,283.28 | 0.00 |
| Trustee, Expenses - JEFFRY G. LOCKE | 67.45 | 67.45 | 0.00 |
| Attorney for Trustee, Fees - Cook Perkiss & Lew | 1,085.00 | 1,085.00 | 0.00 |
| Attorney for Trustee, Expenses - RAY OLMSTEAD | 1,506.33 | 1,506.33 | 0.00 |
| Charges, U.S. Bankruptcy Court | 420.00 | 420.00 | 0.00 |
| Fees, United States Trustee | 500.00 | 500.00 | 0.00 |
| Other Expenses: Aurthur Levine & Co. | 7.60 | 7.60 | 0.00 |
| Trustee, Fees - Jeffry G. Locke | 69.78 | 0.00 | 48.79 |
| Trustee, Expenses - Jeffry G. Locke | 27.49 | 0.00 | 19.22 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Attorney for Trustee Fees - RAY OLMSTEAD | 29,525.75 | 29,525.75 | 0.00 |
| Other Expenses: Castro Car Co. | 300.00 | 300.00 | 0.00 |
| Other Expenses: Cook Collection Attorneys | 170.00 | 170.00 | 0.00 |
| Other Expenses: David J. Cook, Esq | 1,802.83 | 0.00 | 1,260.44 |
| Other Expenses: INTERNATIONAL SURETIES, INC. | 42.68 | 42.68 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 27.47 | 27.47 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 1.42 | 1.42 | 0.00 |
| Other Expenses: Warner | 150.00 | 150.00 | 0.00 |
| Other Expenses: acct debits | 7.80 | 7.80 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 1,328.45
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Expenses: Mary Schaub | 1,580.96 | 207.04 | 0.00 |
| Other Expenses: Maurice P. Reback | 4,090.92 | 535.70 | 0.00 |
| Other Expenses: Sheldon Losin | 6,292.00 | 823.93 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $105,862.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 4 | Franchise Tax Board | 6,228.36 | 0.00 | 0.00 |
| 4 | Franchise Tax Board | 3,166.37 | 0.00 | 0.00 |
| 9 | Internal Revenue Service | 49,205.38 | 0.00 | 0.00 |
| 9 | Internal Revenue Service | 43,330.36 | 0.00 | 0.00 |
| 12 | Employment Development Department | 1,736.99 | 0.00 | 0.00 |
| 12 | Employment Development Department | 457.96 | 0.00 | 0.00 |
| 12 | Employment Development Department | 1,736.99 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,809.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Sonoma Valley Bank | 2,284.34 | 0.00 | 0.00 |
| 6 | Jerry Jolly CPA | 1,525.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Jeffry Locke
Trustee

Jeffry Locke
530 Alameda Del Prado, #178
Novato, CA 94949
(415) 413-4401
JLTustee@aol.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**